UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF REPUBLIC OF KAZAKHSTAN FOR ORDER DIRECTING DISCOVERY FROM GLAS TRUST COMPANY LLC PURSUANT TO 28 U.S.C. § 1782 | **ORDER**<br><br>23-mc-283 (ER) |

      The Court is in receipt of the Stati Parties' motions to intervene, vacate the Court's order, and stay discovery.  Docs. 14, 15, 17.  The parties are directed to appear on November 15, 2023 at 3 PM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY, for a hearing on the motions.

      SO ORDERED.

Dated:   November 6, 2023
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.